**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Patrick BLACKWOOD, Defendant–
Appellant.**

No. 13–13525
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 29, 2014.

Cherie Krigsman, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, Julie

---

Hackenberry Savell, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Maurice C. Grant, II, Federal Public Defender's Office, Jacksonville, FL, Patrick Blackwood, CI McRae–Inmate Legal Mail, McRae, GA, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before HULL, MARCUS and ROSENBAUM, Circuit Judges.

PER CURIAM:

Maurice C. Grant, II, appointed counsel for Patrick Blackwood in this direct criminal appeal, has filed a renewed motion to withdraw from further representation of the appellant, supported by a brief filed pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Blackwood's conviction and sentence are **AFFIRMED.**